Deceased. Appellant; Fannie Pybus and Mabel F. Husted, Respondents.— Decree of the Surrogate's Court of Kings county affirmed, without costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Anton Popp, as One of the Executors, etc., of Marianne Kempf, Deceased, Respondent. Franziska Heck, Appellant.— The order of reference is reversed, without costs, as a reference is unnecessary; but the surrogate has jurisdiction to hear and determine the question. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

In the Matter of the Application of the Pennsylvania, New York and Long Island Railroad Company to Acquire by Eminent Domain Several Parcels of Land, etc., in the City of New York, Borough of Queens. Pennsylvania, New York and Long Island Railroad Company, Appellant, v. John J. McGrane and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

John Lackner Company, Respondent, v. Simpson Crawford Company, Appellant.— Appeal dismissed, with costs, without consideration upon the merits, because the record does not present a case settled as required by section 317 of the Municipal Court Act.*  (See *Skinner* v. *Allison*, 124 App. Div. 541.) Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Herman Lehman, Respondent, v. Sam Rosenberg, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the decision of the Municipal Court is against the weight of evidence. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Harry Machlin and Hyman Zarsky, Respondents, v. Jacob Hyman, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Mathilda Molusky, as Administratrix, etc., of Herman Molusky, Deceased, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

George Naylor, Jr., and John Naylor, Appellants, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Martha A. O'Neill, Respondent, v. The City of New York, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Ferdinand Prochazka, Appellant, v. William B. Hayden, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. Howard Laning, Appellant.— Judgment of the County Court of Dutchess county reversed and new trial ordered on the ground that the People failed to sustain the burden of proof as to the sanity of the defendant at the time of the commission of the crime. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred

---

* See Laws of 1902, chap. 580, §§ 317, 318.— [REP.